partment. October 17, 1913.) Action by George W. Tracey against Samuel McCurdy. In the matter of James F. Swanick. B. H. Stern, of New York City, for appellant. J. F. Swanick, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TROY TRUST CO., Respondent, v. McLEOD, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by the Troy Trust Company against Sayre McLeod. No opinion. Order affirmed, with $10 costs and disbursements.

TROY WASTE MFG. CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by the Troy Waste Manufacturing Company against the New York Central & Hudson River Railroad Company. No opinion. Motion granted. See, also, 143 N. Y. Supp. 420.

TUCKER, Appellant, v. TUCKER, Respondent. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Christina A. Tucker against Charles S. Tucker. No opinion. Order affirmed, without costs.

TULLIS, Respondent, v. TULLIS, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Mary M. Tullis against Walter S. Tullis. T. G. Prioleau, of New York City, for appellant. R. Krause, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1147.

TULLIS v. TULLIS. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Mary M. Tullis against Walter S. Tullis. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1147.

UHREN, Respondent, v. GORDON, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by David Uhren against Amos Gordon. E. W. Lackey, of Tannersville, for appellant. H. W. Merchant, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

ULSTER & DELAWARE BLUESTONE CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by the Ulster & Delaware Bluestone Company against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

UNION TRUST CO. OF ROCHESTER, Respondent, v. ROCHESTER REAL ESTATE & INVESTMENT CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by the Union Trust Company of Rochester against the Rochester Real Estate & Investment Company and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

UNITED DRESSED BEEF CO. v. DIETRICH et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the United Dressed Beef Company against Eugenie L. Dietrich and others. No opinion. Motion granted. Order filed. See, also, 143 N. Y. Supp. 1147.

UNITED DRESSED BEEF CO. v. E. LE LONG DIETRICH, Inc., et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the United Dressed Beef Company against E. Le Long Dietrich, Incorporated, and others. No opinion. Appeal dismissed, without costs. Order filed. See, also, 143 N. Y. Supp. 1147.

UNITED DRESSED BEEF CO., Respondent, v. E. LE LONG DIETRICH, Inc., et al., Appellants et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the United Dressed Beef Company against E. Le Long Dietrich, Incorporated, and others. H. L. Loomis, of New York City, for appellants. L. Dashew, of New York City, for respondent. No opinion. Order reversed, without costs, and motion to open default and allow defendant to answer granted, upon payment of costs in the action to date and $10 costs of opposing motion. Order filed. See, also, 143 N. Y. Supp. 1147.

UTZ v. GERLICH. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Emma Utz against Charles J. Gerlich, Jr. B. Bloch, of Brooklyn, for appellant. P. Klein, of New York City, pro se. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, upon condition stated in opinion. Opinion per curiam. Settle order on notice.

VAN BLARICOM, Respondent, v. VAN BLARICOM, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Marjorie Van Blaricom against George H. Van Blaricom. No opinion. Interlocutory judgment affirmed, with costs.

VAN GAASBEEK, Appellant, v. TISDALE LUMBER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Richard M. Van Gaasbeek against the Tisdale Lumber Company and others. No opinion. Motion to dismiss appeal granted, without costs, upon the ground that the appeal from the order to resettle the